# EXHIBIT 8

**SISTER'S TRAVEL AND TRANSPORTATION SERVICES, LLC**
2585 BROADWAY #240
NEW YORK, NEW YORK 10025

**LETTER VIA EMAIL**

October 10, 2023

Ms. Maytinee Bird
███ ██ ████████
████████████

Re: Outstanding Balances Due for ███████████

Dear Ms. Bird:

At the present time there is still an overdue outstanding balance from the 2022-2023 school year of $26,220.00. The current outstanding balance due for the 2023-2024 school year is $83,385.00. This represents a total amount currently outstanding to be $109,605.00.

While payments were initially deferred under the contract pending legal proceedings, it is our understanding you have obtained an unappealed order from the impartial hearing officer for the 2022-2023 school year on September 20, 2022, (385 days ago). In addition, it is our understanding you obtained a pendency order on August 11, 2023, (60 days ago). There have been no payments towards special transportation services for the 2023-2024 school year.

Under our agreement the deferral of payments ceased when payment orders were issued for the respective school years. We have already provided your attorneys with all documents required for payment for both school years.

Unfortunately, we must require these balances be paid within 30 days or we may no longer be able to provide your child with transportation services.

Sincerely,

*Peter Lam*

Mr. Peter Lam, Manager
Sister's Travel and Transportation Services, LLC