EXHIBIT 9

**BRAIN INJURY RIGHTS GROUP**

Address: 300 E 95th St., Suite #130 New York, NY 10128
Telephone: 646.850.5035
Website: www.braininjuryrights.org

June 20, 2023

**Sent Via Electronic Mail: (10daynoticecse9@schools.nyc.gov)**
New York City Department of Education
Committee on Special Education 9
333 7th Avenue, 12th Floor
New York, New York 10001

## TEN DAY NOTICE

| | |
|---|---|
| Student: | A█████ F█████ |
| NYC ID#: | ███████ |
| DOB: | ███████ |
| Parent(s)/Guardian(s): | Jose Frias and Marlene Frias |
| Home Address: | ███████████████████████████ |

To Whom It May Concern:

The Brain Injury Rights Group, Ltd. ("Counsel"), represents the above-named student ("Student" or "███████" and their parent(s)/guardian(s) ("Parents") (collectively "Clients"), in matters pertaining to the classification, program, placement, and implementation of special education and related services for the Student.

Pursuant to 20 U.S.C. §1412 (a)(10)(C)(iii) and 34 C.F.R. §300.148 (d)(1)), and on behalf of our Clients, we are providing the New York City Department of Education, the Student's local educational agency ("DOE"), ten (10) business days' notice of the Parents' intent to remove Student from the DOE's public school placement because of the DOE's failure to offer or provide the Student with a Free Appropriate Public Education ("FAPE") for the 2023-2024 extended school year. Parents intend to place the Student at the International Academy for the Brain, d/b/a iBRAIN, Ltd. ("iBRAIN"), for the 2023-2024 extended school year. iBRAIN is located at 403 East 91st Street, New York, NY 10128, and is a specialized educational program designed to educate students, like ███████ who suffer from a brain injury or brain-based disorder. Parents will seek public funding for this placement.

This notice is sent in addition to our Clients having expressed their concerns, disagreements, and rejection of the Committee on Special Education's ("CSE") recommendations at the most recent Individualized Education Program ("IEP") meeting. Parents attended this IEP meeting.

Our Clients are rejecting the DOE's recommended program and placement for ███████ to be implemented during the 2023-2024 extended school year as outlined in the proposed IEP dated March

23, 2023 in an unidentified District 75 Special Education program. ▇ is a child who suffers from a brain-based injury. ▇ educational needs are multifaceted and complex, and the DOE's recommended program and placement will not appropriately address her educational needs for the 2023-2024 extended school year.

Further, DOE has failed to timely notify the Parents of the recommended program and placement and/or school location. As of this filing, Parents have not received a Prior Written Notice ("PWN") or School Location Letter ("SLL") for the 2023-2024 extended school year.

If DOE recommends the same District 75 public school as last year, it is noted that the Parents have previously rejected that location because it was not appropriate for ▇

Based on the DOE's failure to provide a timely recommendation, Clients believe that the CSE has not created a program for the 2023-2024 extended school year that is designed to enable the Student to receive educational benefits or receive appropriate related services. Parents are also concerned about the appropriateness of any recommended placement for reasons including, but not limited to, class size ratio, class functional and academic grouping, and the lack of individualized attention and support.

Additionally, Parents are concerned that they have received no information about the appropriateness of the recommended school, and they are unable to investigate same, including information regarding, but not limited to, staffing, accessibility, availability of adequate resources, and the lack of individualized attention and support. Further, the physical structure and properties of the proposed school location are not known whether they are appropriate to address ▇ needs.

Our Clients remain willing and ready to entertain an appropriate DOE program and an appropriate public or approved non-public school placement that can provide the required intensive academic and related services program ▇ requires. And the Parents request that the CSE reconvene for this purpose. At this time, however, the Parents have no choice other than to enroll ▇ in iBRAIN, which is an appropriate placement for ▇

Very truly yours,

/s:/Zack Zylstra
Zack Zylstra, Esq.
Brain Injury Rights Group, Ltd.
Attorneys for Parents


Cc:     Parents