# EXHIBIT 12

**Sister's Travel and Transportation Services, LLC**
2585 Broadway #240
New York, New York 10025

**LETTER VIA EMAIL**

October 11, 2023

Ms. Marlene Frias
███████████

Re: Outstanding Balances Due for ███████

Dear Ms. Frias:

At the present time there is still an overdue outstanding balance from the 2021-2022 school year of $38,350.00 and for the 2022-2023 school year of $177,390.00. The current outstanding balance due for the 2023-2024 school year is $96,465.00. This represents a total amount currently outstanding to be $312,105.00.

While payments were initially deferred under the contract pending legal proceedings, it is our understanding you have obtained an unappealed order from the impartial hearing officer for the 2021-2022 and 2022-2023 school years on May 30, 2023, (134 days ago). In addition, it is our understanding you obtained a pendency order for the 2023-2024 school year on August 28, 2023, (44 days ago). There have been no payments towards special transportation services for the 2023-2024 school year.

Under our agreement the deferral of payments ceased when payment orders were issued for the respective school years. We have already provided your attorneys with all documents required for payment for all three school years.

Unfortunately, we must require these balances be paid within 30 days or we may no longer be able to provide your child with transportation services.

Sincerely,

*Peter Lam*

Mr. Peter Lam, Manager
Sister's Travel and Transportation Services, LLC