UNITED  STATES  DISTRICT  COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
**ADEJUMOKE OGUNLEYE**, as Parent and Natural
Guardian of D.O., and **ADEJUMOKE OGUNLEYE,**
Individually**,** et al.

                              Plaintiff,

                                                  Case No. 23-cv-9092

      -against-

**DAVID C. BANKS**, in his official capacity as
Chancellor of the New York City Department of
Education, the **NEW YORK CITY
DEPARTMENT OF EDUCATION**, and
**BRAD LANDER**, in his official capacity as
Comptroller of the City of New York

                             Defendants.
-------------------------------------------------------------------X

## **PROPOSED ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

Upon Plaintiff's Memorandum of Law in Support of an Order to Show Cause for a Preliminary

Injunction, dated October 17, 2023, and Plaintiff's Complaint filed herein, it is:

**ORDERED**, that the above-named Defendants show cause in the matter pending before the

Honorable Judge _____, in Room ____, United States Courthouse, located at 40 Foley

Square, in the City, County and State of New York, on Friday, October 20, 2023, at a time to be

specified by the Court, why an order should not be issued pursuant to 20 U.S.C. § 1415(j) and

Rule 65 of the Federal Rules of Civil Procedure, requiring the Defendants to implement the final

administrative Pendency Orders and/or Pendency Implementation Forms by funding the

Student-Plaintiff's pendency placements inclusive of tuition, related services, and special

transportation.

**ORDERED**, that electronic service of a copy of this order and annexed documents upon the Defendants or their counsel on or before＿＿＿o'clock in the forenoon, on＿＿＿＿＿＿＿, 2023, shall be deemed good and sufficient service thereof. It is further

**ORDERED** that, Defendants' opposition papers, if any, are to be served and filed by ＿＿＿＿＿＿, 2023 and Plaintiff's reply papers, if any, are to be served and filed by ＿＿＿＿＿＿, 2023.

Dated:＿＿＿＿＿＿,   2023

New York, New York

ISSUED:

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
United States District Judge