UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   ADEJUMOKE OGUNLEYE, et al.,

                          Plaintiffs,

               -against-

   DAVID C. BANKS, NEW YORK CITY
   DEPARTMENT OF EDUCATION, and
   BRAD LANDER,

                         Defendants.
------------------------------------------------------------X

23-CV-9092 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

     As directed at the hearing of October 27, 2023, counsel for the parties to this action, as well as representatives with decision-making authority from the New York City Department of Education ("DOE"), International Academy for the Brain ("iBRAIN"), and Sisters Transportation and Travel LLC ("Sister Travel"), shall meet and confer on or before November 10, 2023, regarding the implementation of the Pendency Placements for D.O., H.C., and A.F., including the balances due to iBRAIN and Sister Travel.  To the extent that the parties disagree on one or more issues, including the need for additional documentation, the parties should set forth their respective positions as to each disputed issue in separately designated sections of a joint letter, which shall be filed on the docket no later than November 15, 2023.

Dated:  October 27, 2023
          New York, New York

                                                               Vernon S. Broderick
                                                               United States District Judge