```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
   ADEJUMOKE OGUNLEYE, et al.,                           :
                                                         :
                              Plaintiffs,                :
                                                         :           23-CV-9092 (VSB)
                   -against-                             :
                                                         :                ORDER
                                                         :
   DAVID C. BANKS, NEW YORK CITY                         :
   DEPARTMENT OF EDUCATION, and                          :
   BRAD LANDER,                                          :
                                                         :
                              Defendants.                :
---------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      The Court is in receipt of a joint letter filed by the parties on November 16, 2023. (Doc. 26.) Having reviewed the letter, the Court orders the parties to submit a subsequent status update by December 8, 2023. The parties should set forth their respective positions as to any disputed issues in separately designated sections of the joint letter. To the extent Plaintiffs contend that Defendants have failed to pay the balances due to iBRAIN, Sister Travel, or any other service provider, Plaintiffs shall attach as an exhibit to the joint letter a copy of the outstanding invoice noting the balance due, as well as the date on which the invoice was provided to Defendants. To the extent Defendants require additional documentation to process the outstanding invoice(s), Defendants shall list what documents they need, and the steps taken to obtain them.

Dated: November 17, 2023
       New York, New York

                                                              Vernon S. Broderick
                                                             United States District Judge