# EXHIBIT 1



Bradley Click <brad@pabilaw.org>

---

### Re: ▇▇▇▇▇▇▇  IHO Case # 250798 Pendency Implementation

---

**Rehanna Holder** <rehanna@pabilaw.org>  Wed, Oct 11, 2023 at 4:10 PM
To: Kapoor Sapna <skapoor2@schools.nyc.gov>, Panicali John <JPanicali@schools.nyc.gov>, IHOIUTuitionandReimbursement <IHOIUtuitionandreimbursement@schools.nyc.gov>, JYearwood7@schools.nyc.gov
Cc: eteszler@law.nyc.gov, tlindema@law.nyc.gov, dthayer@law.nyc.gov, SKitzing@law.nyc.gov, jadainow@law.nyc.gov, mtoews@law.nyc.gov, Hearings Pabilaw <hearings@pabilaw.org>

Dear Ms. Kapoor,

As you can see below, we have provided all of the necessary documents to your office to implement the pendency placement for our client, however, we have not even received a confirmation response from anyone. To avoid us seeking a federal enforcement action, please confirm receipt of the necessary documentation and when our client can expect the pendency to be implemented? I have included several New York City Law Department attorneys on this email chain so they can see all of the efforts we have made to avoid unnecessary litigation.

Thank you in advance for your response.

Sincerely,

Rehanna

On Wed, Oct 11, 2023 at 10:35 AM Rehanna Holder <rehanna@pabilaw.org> wrote:
> Hi,
>
> I am reaching out concerning the unpaid pendency payments for the 2023/2024 school year. We have not received any updates regarding this matter. Please confirm the date by which we can expect these payments.
>
> Thank you for your prompt attention to this matter.
>
> Sincerely,
> Rehanna
>
> On Fri, Oct 6, 2023 at 10:25 AM Rehanna Holder <rehanna@pabilaw.org> wrote:
>> Hi,
>>
>> I am writing to follow-up on the email chain below regarding pendency payment for the 23/24 SY. Please see attached the updated tuition affidavit.
>>
>> Thanks,
>>
>> On Wed, Aug 9, 2023 at 5:47 PM Rehanna Holder <rehanna@pabilaw.org> wrote:
>>> Dear Mr. Panicali and the DOE Implementation Unit,
>>>
>>> Please find the Student's Due Process Complaint for the 2023-2024 extended school year, which asserted our client's right to "stay-put" in their last agreed upon placement as a matter of law — their Placement/Program being iBRAIN and various related services.

This email includes all the documents necessary to maintain these pendency obligations by the NYC DOE for our client as of the first day of the extended school year, July 5, 2023 (**35 days ago**). Please note, these documents were previously provided to the New York City Law Department. Please let us know if you have any questions:

1. Due Process Complaint IHO Case 250798
2. iBRAIN Enrollment Agreement for the 2023-2024 School Year
3. iBRAIN Invoice
4. Special Transportation Agreement for the 2023-2024 School Year
5. Special Transportation Invoice
6. Nursing Agreement for the 2023-2024 School Year
7. Nursing Invoice

Thank you in advance for your time.

Sincerely,

Rehanna

--



**Rehanna Holder, Paralegal.**
300 East 95th Street, Suite #130
New York, New York 10128

braininjuryrights.org

**Confidentiality Notice** - This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

*Aviso de confidencialidad* - Este mensaje de correo electrónico, incluyendo todos los archivos adjuntos, es para el uso exclusivo de los destinatarios previstos y contiene información confidencial. Se prohíbe el uso o la divulgación no autorizados. Si usted no es el destinatario deseado, usted no puede utilizar, revelar, copiar o difundir esta información. Si usted no es el destinatario deseado, por favor póngase en contacto con el remitente inmediatamente por correo electrónico de respuesta y destruir todas las copias del mensaje original, incluyendo los archivos adjuntos

--

**Rehanna Holder, Paralegal.**
300 East 95th Street, Suite #130
New York, New York 10128

braininjuryrights.org

**Confidentiality Notice** - This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

*Aviso de confidencialidad* - Este mensaje de correo electrónico, incluyendo todos los archivos adjuntos, es para el uso exclusivo de los destinatarios previstos y contiene información confidencial. Se prohíbe el uso o la divulgación no autorizados. Si usted no es el destinatario deseado, usted no puede utilizar, revelar, copiar o difundir esta información. Si usted no es el

destinatario deseado, por favor póngase en contacto con el remitente inmediatamente por correo electrónico de respuesta y destruir todas las copias del mensaje original, incluyendo los archivos adjuntos

--



**Rehanna Holder, Paralegal.**

300 East 95th Street, Suite #130
New York, New York 10128

braininjuryrights.org

**Confidentiality Notice -** This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

*Aviso de confidencialidad* - Este mensaje de correo electrónico, incluyendo todos los archivos adjuntos, es para el uso exclusivo de los destinatarios previstos y contiene información confidencial. Se prohíbe el uso o la divulgación no autorizados. Si usted no es el destinatario deseado, usted no puede utilizar, revelar, copiar o difundir esta información. Si usted no es el destinatario deseado, por favor póngase en contacto con el remitente inmediatamente por correo electrónico de respuesta y destruir todas las copias del mensaje original, incluyendo los archivos adjuntos

--

**Rehanna Holder, Paralegal.**

300 East 95th Street, Suite #130
New York, New York 10128

braininjuryrights.org

**Confidentiality Notice -** This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

*Aviso de confidencialidad* - Este mensaje de correo electrónico, incluyendo todos los archivos adjuntos, es para el uso exclusivo de los destinatarios previstos y contiene información confidencial. Se prohíbe el uso o la divulgación no autorizados. Si usted no es el destinatario deseado, usted no puede utilizar, revelar, copiar o difundir esta información. Si usted no es el destinatario deseado, por favor póngase en contacto con el remitente inmediatamente por correo electrónico de respuesta y destruir todas las copias del mensaje original, incluyendo los archivos adjuntos