# EXHIBIT #2

Sister's Travel and Transportation, LLC
2585 Broadway #240
New York, New York 10025

## INVOICE NO. 23/24-67 — DATE 07/01/2023

| BILL TO | SHIP TO | |
|---|---|---|
| Maytinee Bird | Same as recipient | For 23-24 School year totaling school 218 days. |

| QUANTITY | DESCRIPTION | INSTALLMENTS | TOTAL |
|---|---|---|---|
| | Transportation Services for ▇▇▇▇▇ from home to school. Up to 90 minutes travel time with paraprofessional. | | |
| | Annual rate for contracted services is $166,770.00, to be paid in three payment installments. | | |
| 1 | Installment 1: Due July 5, 2023 | $27,795.00 | $27,795.00 |
| 1 | Installment 2: Due September 1, 2023 | $55,590.00 | $55,590.00 |
| 1 | Installment 3: Due January 1, 2024 | $83,385.00 | $83,385.00 |
| | **TOTAL DUE PER CONTRACT** | | $166,770.00 |

Thank you for your business!