Case 1:23-cv-09092-VSB    Document 29-3    Filed 12/08/23    Page 1 of 2

# EXHIBIT #3

B&H Healthcare Services Inc
175 South 9th Street
Brooklyn, New York 11211

**INVOICE NO. 23/24-01**
**DATE: 8/8/2023**

**Bill To:**



For 23-24 School year
totaling school 218 days.

| Quantity | Description | Installments | Total price |
|---|---|---|---|
|  | Nursing Services for [redacted] provided during school hours with up to 90 minutes travel time. Annual rate for contracted services is $292,556, to be paid in three payment installments. |  |  |
| 1 | Installment 1: Due July 5, 2023 | $50,966.00 | **$50,966.00** |
| 1 | Installment 2: Due September 1, 2023 | $93,940.00 | **$93,940.00** |
| 1 | Installment 3: Due January 1, 2024 | $147,620.00 | **$147,620.00** |
|  | **TOTAL DUE PER CONTRACT** |  | **$292,556.00** |

Thank you for your business!