UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                  :

ADEJUMOKE OGUNLEYE, *et al.*,

                                     Plaintiffs,

                        23-CV-9092 (VSB)

               -against-

                        **ORDER**

MELISSA AVILES-RAMOS, *et al.*,

                                 Defendants.
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On March 27, 2025, I issued an Opinion and Order denying Plaintiffs' request for a preliminary injunction. (Doc. 31.) To date, the parties have not taken any other actions in this case. Accordingly, it is hereby:

      ORDERED that the parties file a joint letter regarding, among other things, the status of this case, whether this case should proceed to discovery, and whether the parties are amenable to settlement negotiations. The joint letter shall be due on or before September 5, 2025.

SO ORDERED.

Dated: August 5, 2025
       New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge