

September 5, 2025

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square,
New York, NY 10007

    Re: *Ogunleye et al. v. Banks et al.,* 23-cv-09092 (VSB)

Dear Judge Broderick:

    As you may recall, the undersigned represents the Plaintiffs in the above-referenced matter. Pursuant to the Court's order dated August 5, 2025 [Dkt. No. 32], the parties write jointly to provide the Court with a status update and respectfully request a seven-day extension, until September 12, 2025, to provide the Court with a further status update.

    Plaintiffs submit that there are outstanding balances for transportation and nursing services—these outstanding amounts are due per the unappealed, final, administrative orders establishing pendency in the first instance. There are also outstanding late fees—additional costs incurred by the Plaintiffs because the DOE failed to make timely educational payments. The requested extension will allow the Plaintiffs to confirm the outstanding balances and amounts owed and to determine whether motion practice is necessary to recover the remaining amounts.

    Consistent with their position in the December 8, 2024, status letter [Dkt. No. 29], Defendants contend that they have fulfilled their pendency obligations pursuant to the plain language of the operative administrative order. The purportedly outstanding balances represent money charged in excess of the amount provided for in the pendency placements. *See Ogunleye v. Banks*, No. 23-cv-9092 (VSB), 2025 U.S. Dist. LEXIS 57193, at *4 n.3 (S.D.N.Y. Mar. 27, 2025).

    Plaintiffs propose that a further status letter be filed with the Court by **September 12, 2025**. The parties thank the Court for its courtesy and consideration in this matter.

Respectfully submitted,

*Rory J. Bellantoni*
Rory J. Bellantoni (RB2901)


Cc: All Counsel of Record via ECF.

---

646-850-5035 | 105 East 34th Street, #190 New York, NY 10016 | LibertyFreedom.law