

September 12, 2025

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

            Re: ***Ogunleye, et al. v. Aviles-Ramos, et al.*, 23-cv-09092 (VSB)**
                Joint Status Letter

Dear Judge Broderick:

    Pursuant to the Court's order dated August 5, 2025 [Dkt. No. 32], the parties jointly submit this status letter in the above-referenced matter to update the Court on (1) the status of the case; (2) whether this case should proceed to discovery; and (3) whether the parties are amenable to settlement negotiations.

1. Status of the Case

    This action was commenced on October 16, 2024; on October 19, 2024 Plaintiff filed for a preliminary injunction. The parties met and conferred as directed and wrote multiple status letters over the following months. This Court ultimately denied Plaintiffs motion. However, issue has not been joined in this action as the Defendants have not answered the Complaint. Defendants respectfully ask to extend the time to file its answer *nunc pro tunc* to September 26, 2025.

    There remaining dispute is whether the Defendants' pendency obligations extend to Plaintiffs' outstanding balances for transportation and nursing. Plaintiffs claim that these are due and owing under the applicable administrative orders. Defendants maintain that the outstanding balances represent money charged in excess of the amount provided for in the pendency placements.

2. Discovery

    The parties submit that no discovery is necessary in this matter, as the dispute is limited to whether the obligation, pursuant to pendency, extends to Plaintiffs allegedly outstanding balances including the increased transportation and nursing costs as well as the late fees. Settlement Discussions

    The parties engaged in settlement discussions; however, there remains a disputed outstanding amount, and the parties have not reached an agreement to resolve the case. Discussions are ongoing, but no final resolution has been achieved.

The parties remain available to address any questions the Court may have or to participate in a conference at the Court's convenience.

3. Motions Briefing Schedule

The parties believe that once the Defendants interpose their answer, the parties immediately proceed to summary judgement motions. As such the parties respectfully request that the Court set a briefing schedule for summary judgment motions regarding the scope of allegedly outstanding amounts and the late fees, which are de minimis. The parties propose the following schedule:

Plaintiffs' motion due October 31, 2025;
Defendants' cross-motion and opposition due December 5, 2025;
Plaintiffs' opposition and reply due December 19, 2025;
Defendants' reply due January 10, 2025

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Nicole Lancia

Nicole Lancia, Esq.
105 E. 34th Street, Suite 190
New York, NY 10016

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.**

Date: September 15, 2025

Defendants shall file an answer by September 26, 2025.

I will also adopt the parties' briefing schedule regarding anticipated motions for summary judgment. Plaintiffs' motion shall be due October 31, 2025. Defendants' cross-motion and opposition brief is due December 5, 2025. Plaintiffs' opposition and reply brief is due December 19, 2025. And Defendants' reply brief is due January 10, 2026.