UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
**ADEJUMOKE OGUNLEYE**, as Parent and Natural Guardian of D.O., and **ADEJUMOKE OGUNLEYE**, Individually, et al.

                Plaintiffs,                          23-cv-9092-VSB

-against-

**MELISSA AVILES-RAMOS,** in her official capacity as Chancellor of the New York City Department of Education and the **NEW YORK CITY DEPARTMENT OF EDUCATION**,

                Defendants.
-------------------------------------------------------------------X

## PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, and all pleadings and prior proceedings herein, Plaintiff will move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, before the Honorable Vernon S. Broderick, United States District Judge, at the Daniel P. Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order:

a) Declaring that Defendants violated IDEA and the Plaintiffs' rights as set forth in the Complaint;

b) Finding that Defendants failed to timely fund each Student's tuition, special transportation, and nursing services, where applicable, thereby depriving Plaintiffs and their Students of their rights under the IDEA, its implementing regulations, and New York State Education Law;

c) Finding that Defendants failed to fully fund the costs of H.C.'s special transportation and nursing services, per the terms of the respective agreements with the transportation and nursing service providers;

1

d) Directing Defendants to fully fund the costs of H.C.'s specialized transportation, and nursing services, including all outstanding amounts, per the terms of the respective transportation and nursing services agreements;

e) Awarding each Plaintiff damages because of DOE's failure or delay in issuing payments for each Student's pendency placement, including tuition, special transportation, and nursing services, where applicable;

f) Awarding Plaintiffs reasonable attorneys' fees as part of their costs as prevailing parties in the underlying administrative proceedings brought under the IDEA;

g) Awarding Plaintiffs reasonable attorneys' fees, "fees on fees," and costs for time spent and incurred in prosecuting this federal action;

h) Granting such other, further, and different relief as to this Court seems just, proper, and equitable.

Dated: October 31, 2025
       New York, NY

Respectfully submitted,
Liberty & Freedom Legal Group
*Attorneys for Plaintiff*

By:    */s/ Nicole Lancia*
Nicole Lancia (4875811)
105 East 34th Street #190
New York, NY 10016
(646) 850-5035
nicole@pabilaw.org