UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
**ADEJUMOKE OGUNLEYE**, as Parent and
Natural Guardian of **D.O.**, and **ADEJUMOKE OGUNLEYE**, Individually, et al.,

                Plaintiffs,                23-cv-09092 (VSB)

   -against-

**DAVID C. BANKS**, in his official capacity as
Chancellor of the New York City Department
of Education; **NEW YORK CITY
DEPARTMENT OF EDUCATION;** and
**BRAD LANDER**, in his
official capacity as Comptroller of the
City of New York,

                Defendants.
------------------------------------------------------------------X

## DECLARATION OF NICOLE LANCIA

     Nicole Lancia, pursuant to 28 U.S.C. § 1746, submits the following Declaration in support of Plaintiffs' Motion for Summary Judgment:

1. I am an attorney with the Liberty and Freedom Legal Group, which is counsel for Plaintiffs in this matter.

2. I am fully competent to make this declaration and have reviewed the files maintained by our office regarding the above-captioned matter.

3. Plaintiff Adejumoke Ogunleye is the Parent and Natural Guardian of D.O.

4. D.O. is a child with a disability as defined by 20 U.S.C. § 1401(3).

5. Attached hereto as Exhibit 1 is a true and correct copy of the Findings of Fact and Decision ("FOFD") issued by IHO Helene Peyser in IHO Case No. 207856.

6. Attached hereto as Exhibit 2 is a true and correct copy of the enrollment agreement between Plaintiff Ogunleye and iBRAIN for the 2023-2024 school year.

7. Attached hereto as Exhibit 3 is a true and correct copy of the transportation agreement between Plaintiff Ogunleye and Sister's Transportation for the 2023-2024 school year.

8. Defendants did not appeal IHO Arocho's Order on Pendency in Order on Pendency in IHO Case No. 251168 [Dkt. No. 1-3].

9. Plaintiff Maytinee Bird is the Parent and Natural Guardian of H.C.

10. H.C. is a child with a disability as defined by 20 U.S.C. § 1401(3).

11. Attached hereto as Exhibit 4 is a true and correct copy of the FOFD issued by IHO Richard Zeitler in IHO Case No. 228745.

12. Attached hereto as Exhibit 5 is a true and correct copy of the enrollment agreement between Plaintiff Bird and iBRAIN for the 2023-2024 school year.

13. Attached hereto as Exhibit 6 is a true and correct copy of the transportation agreement between Plaintiff Bird and Sister's Transportation for the 2023-2024 school year.

14. Attached hereto as Exhibit 7 is a true and correct copy of the nursing services agreement between Plaintiff Bird and B&H Health Care for the 2023-2024 school year.

15. To date, DOE has not paid $21,581.06 in transportation costs and $41,560 in nursing costs for the 2023-2024 SY, due under the transportation and nursing agreements.

16. Marlene Frias is the Parent and Natural Guardian of A.F.

17. A.F. is a child with a disability as defined by 20 U.S.C. § 1401(3).

18. Attached hereto as Exhibit 8 is a true and correct copy of the FOFD issued by IHO Jean Brescia in IHO Case No. 242435.

19. Attached hereto as Exhibit 9 is a true and correct copy of the enrollment agreement between Plaintiff Frias and iBRAIN for the 2023-2024 school year.

20. Attached hereto as Exhibit 10 is a true and correct copy of the transportation agreement between Plaintiff Frias and Sister's Transportation for the 2023-2024 school year.

21. In January 2024, Plaintiff Frias signed an agreement with a nursing services provider. Attached hereto as Exhibit 11 is a true and correct copy of the nursing services agreement between Plaintiff Frias and B&H Health Care for the 2023-2024 school year.

22. Defendants did not appeal IHO Denis' Order on Pendency in IHO Case No. 251168 [Dkt. No. 1-11].

I affirm that the foregoing is true and accurate to the best of my knowledge.

/s/ Nicole Lancia

Nicole Lancia, Esq.
Liberty & Freedom Legal Group, Ltd.
105 E. 34th Street, #190
New York, NY 10016