UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ADEJUMOKE OGUNLEYE, *as Parent and Natural Guardian of* D.O., and ADEJUMOKE OGUNLEYE, Individually, et. al.,

                                        Plaintiff,

                          — against —

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and NEW YORK CITY DEPARTMENT OF EDUCATION,

                                    Defendants.
------------------------------------------------------------------ X

**DECLARATION OF SAPNA KAPOOR**

Case No.: 23-cv-09092 (VSB)

        **SAPNA KAPOOR** hereby declares the following pursuant to 28 U.S.C. § 1746:

        1.     I am the Senior Policy Advisor for the Impartial Hearing Order Implementation Unit ("IHOIU") within the Defendant New York City Department of Education ("DOE" or "Defendant").

        2.     I submit this Declaration in opposition to Plaintiffs' Motion for Summary Judgment (ECF No. 41) and in support of the Motion for Summary Judgement of Melissa Aviles-Ramos, in her official capacity as Chancellor of the New York City Department of Education, and the New York City Department of Education (collectively "DOE").

        3.     I am familiar with the facts and circumstances set forth in this declaration based upon my personal knowledge and upon information and belief, the source of such information and the basis for such belief being, *inter alia*, conversations with employees of the DOE and my review of documents in the possession and custody of the DOE, such as those documents filed with the DOE's Impartial Hearing Office and those documents filed in connection with the administrative

proceedings pending before Impartial Hearing Officers, as well as my experience handling special education matters for the DOE.

4. Reviewing and processing payments as required under pendency determinations and final orders is an ongoing and individualized process. For each student, DOE must obtain documents detailing the services the students are receiving and the amounts billed for those services, as well as any other necessary information required by the final orders, pendency orders, or agreements.

5. Once Plaintiffs have provided the necessary documents to DOE, those documents are reviewed for completeness and funding parameters for the costs are entered into DOE systems so that payments can be processed and remitted to the appropriate provider as required by the final orders, pendency orders, or pendency agreements.

## STUDENT D.O. – DPC 251168

6. On July 5, 2023, D.O.'s Parent filed a Due Process Complaint ("DPC") which was designated case 251168 relating to the 2023-2024 school year.

7. On August 25, 2023, a pendency order was issued in DPC 251168. A copy of the pendency order in DPC 251068 is attached as Exhibit 1. The pendency order ordered tuition funding to iBrain and transportation funding pursuant to the enrollment agreement and transportation contract respectively.

8. DOE processed $96,465.00 in transportation costs and $154,580.00 in tuition costs pursuant to the pendency order.

9. On December 5, 2023, a Finding of Facts and Decision ("FOFD") was issued. The FOFD awarded: funding for tuition to D.O.'s unilateral placement at iBrain, and transportation. A copy of the FOFD in DPC 251168 is attached as Exhibit 2.

10. Neither Parent nor DOE appealed the FOFD to the State Review Office ("SRO").

11. The FOFD, as to tuition funding, awarded a total of $309,160.00 to be disbursed as follows: (i) $100.00 reimbursement to Parent; and (ii) $309,060.00 direct payment to iBrain.

12. DOE processed the total balance of the tuition in the amount of $154,580.00 due to the school pursuant to the school's tuition affidavit which stated "Upon the New York City Department of Education's payment of Full Tuition, iBrain will refund the Parent/Guardian the $100.00 deposit.".

13. The FOFD, as to transportation, awarded a total "amount not to exceed $192,930.00," which was to be paid directly to the transportation agency. Moreover, the FOFD conditioned payment thereof upon the DOE's receipt of a "signed, notarized bill encompassing costs owed by Parent to Transportation Agency for Student's transportation to Private School for the 2023–24 school year" <u>Exhibit 1</u>, p. 9. No further transportation costs could be made to the transportation company as no "signed, notarized bill encompassing costs owed by Parent to Transportation Agency for Student's transportation to Private School for the 2023–24 school year" was ever submitted as required by the FOFD.

14. As of this writing, the DOE has paid all monies due and owing pursuant to the FOFD in DPC 251168; pursuant to the pendency agreement and FOFD, DOE processed $309,160.00 in tuition to iBrain and $96,465.00 in transportation costs.

**STUDENT H.C. – DPC 250798**

15. On July 5, 2023, H.C.'s Parent filed a DPC which was designated case 250798 relating to the 2023-2024 school year.

16. On August 11, 2023, the DOE executed a pendency implementation form, which specified that pendency was predicated upon an unappealed FOFD, dated September 20, 2022,

arising from DPC 228745, which provided: (i) 12 month tuition funding to iBrain; (ii) transportation "with a 1:1 nurse present during transportation" at a "rate shall not exceed $345.00 per trip;" and (iii) "1:1 nurse or 1:1 paraprofessional (including transportation services provided by a 1:1 nurse)" which was to "paid at the higher of either current market rate or the highest rate the Department has paid during the six months preceding this decision." A copy of this pendency implementation form is attached as <u>Exhibit 3</u>.

17. Notwithstanding the foregoing, H.C.'s Parent (through counsel) insisted on a pendency order predicated upon the FOFD arising from DPC 228745. To that end, on October 20, 2023, the impartial hearing officer in 250798 denied the request by Parent for a pendency order. A copy of this interim order is attached as <u>Exhibit 4</u>.

18. H.C.'s Parent appealed to the SRO; in an appeal designated SRO 23-240, on December 20, 2023, the SRO denied the request for a pendency order. A copy of SRO 23-240 is attached hereto as <u>Exhibit 5</u>. Moreover, the SRO noted: "the hearing record demonstrates that there is no dispute as to what pendency is for this student. Both the parent and district agree that the basis for pendency is the September 2022 finding of fact and the district asserts that it is willing to implement pendency. As there is no dispute as to what pendency is, the IHO was correct to not issue an interim order on pendency… There is no indication in the hearing record by the parent that the district was refusing to pay for pendency or that the student was at risk of losing his placement due to the district's failure to pay." <u>Exhibit 5</u>, p. 6.

19. On October 10, 2023, a FOFD was issued. A copy of the FOFD for DPC 250798 is attached as <u>Exhibit 6</u>. The FOFD found that while the DOE did not provide a H.C. a free and appropriate public education for the 2023-2024 school year, Parent "has not demonstrated that the

private school placement and the unilaterally-obtained services are uniquely tailored to the Student's needs." As such, the FOFD denied all requested relief. Exhibit 6, p. 7.

20. H.C.'s Parent appealed to the SRO; in an appeal designated SRO 23-267, on January 25, 2024, the SRO affirmed the October 10, 2023 FOFD. A copy of SRO 23-267 is attached hereto as Exhibit 7.

21. As of this writing, the DOE has paid all monies due and owing pursuant to its pendency obligations, delineated in the pendency implementation form. To that end, DOE has paid $306,544.00 in tuition to iBrain. As far as transportation, DOE has paid $150,420.00 to the Sister's Travel and Transportation; this is amount is predicated upon $345.00 per trip (or $690.00 round trip) over 218 school days in 2023-2024, which equals $150,420.00. *See supra* ¶ 16 hereto. As far as nursing, DOE paid $270,974.40 to B&H Healthcare Services, Inc.; this amount is predicated upon $1,243.00 per day over 218 school days, which equals $270,974.40. Pursuant to August 11, 2023 pendency order, the nursing rate of $1,243.00 is highest rate the DOE has paid during the six months preceding order thereof and higher than the current market rate as of date thereof. *See supra* ¶ 16 hereto. Therefore, the DOE has fully implemented and complied with the FOFD emanating from DPC 250798.

## STUDENT A.F. – DPC 251068

22. On July 5, 2023, A.F.'s Parent (through counsel) filed a DPC which was designated case 251068 relating to the 2023-2024 school year.

23. On August 29, 2023, a pendency order was issued in DPC 251068. A copy of the pendency order in DPC 251068 is attached as Exhibit 8. The pendency order ordered tuition funding to iBrain and transportation thereto pursuant to the enrollment agreement and contract respectively.

24. On December 29, 2023, a Finding of Facts and Decision ("FOFD") was issued. A copy of the FOFD for DPC 251068 is attached hereto as <u>Exhibit 9</u>. In relevant part, the FOFD ordered DOE to: (i) fund A.F.'s "placement and related services" at iBrain for the 2023-2024 school year in a total the amount of $280,284.00; (ii) to fund the cost of A.F. transportation "to and from iBrain school and all related service providers facilities in a total amount of $190,930." <u>Exhibit 7</u>, p. 12.

25. Neither the pendency order nor the FOFD directs the DOE to pay for nursing.

26. Neither Parent nor DOE appealed the FOFD to the SRO.

27. As of this writing, the DOE has paid all monies due and owing pursuant to the FOFD in DPC 251068. To that end, DOE has paid $280,384.00 in tuition to iBrain and $190,930.00 in transportation. Therefore, the DOE has fully implemented and complied with the FOFD emanating from DPC 251068.

I affirm this 5th day of December, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated:    December 5, 2025
          Brooklyn, New York

_____
SAPNA KAPOOR