# Pendency Implementation Form

*Please complete the form above the bold line. The DOE will review all submissions prior to implementation.*

| Student Name | OSIS Number | DPC Number |
|---|---|---|
| C▮▮▮▮, H▮▮ | 249035478 | 250798 |

1. The basis for pendency is:

    ☐ IEP dated:

    ☒ Unappealed FOFD (case number and date): DPC 228745, 09/20/2022

    ☐ Other (explain):

2. The pendency program consists of the following:

| | Tuition | |
|---|---|---|
| School Name | 10- or 12-Month Program | Other Notes |
| iBrain | 12 | |

| Services | | | | |
|---|---|---|---|---|
| Service or Item | Ratio and Frequency | 10- or 12-Month Program | DOE or Private Provider | Private Provider Name and Rate |
| Transportation: "…round-trip door-to-door special education transportation services to enable the Student's attendance at the Private School… via lift-bus ambulance, with a 1:1 nurse present during transportation, and oxygen or a ventilator (or both), air conditioning, and with as reasonably limited travel time as possible, the cost of which shall be paid in accordance with the terms of the contract entered into evidence, provided that the rate shall not exceed $345.00 per trip…" *see* pg. 24-25 of FOFD in DPC 228745. | | 12 | | |
| 1:1 nurse or 1:1 paraprofessional (including transportation services provided by a 1:1 nurse) "…where such services are not paid under the Private School enrollment contract or the transportation contract, respectively, the DOE shall fund those services directly to such providers, paid at the higher of either current market rate or the highest rate the Department has paid during the six months preceding this decision." *See* pg. 25 of FOFD in DPC 228745. | | 12 | | |

June 2023 version

# Pendency Implementation Form

*Please complete the form above the bold line. The DOE will review all submissions prior to implementation.*

Form submitted by: [name, date, relationship to student]

_____

**For DOE use only:**

☒ The above program should be implemented as pendency.

Pendency starts on:

☒ The date the DPC was filed: 07/05/2023

☐ Other (explain):

Click or tap to enter a date.

Hanna Giuntini                                    08/11/2023
_____          _____
DOE Reviewer                                        Date

June 2023 version