**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

ADEJUMOKE OGUNLEYE, individually and as Parent and Natural Guardian of D.O., MAYTINEE BIRD, individually and as Parent and Natural Guardian of H.C., and MARLENE FRIAS, individually and as Parent and Natural Guardian of A.F.,

Plaintiffs,

-against-

23 **CIVIL** 9092 (LTS)

# <u>JUDGMENT</u>

KAMAR H. SAMUELS, in his official capacity as Chancellor of the New York City Department of Education, NEW YORK CITY DEPARTMENT OF EDUCATION, and THOMAS P. DINAPOLI, in his official capacity as Comptroller of the City of New York,

Defendants.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 30, 2026, the Court has granted in part and denied in part Plaintiffs' motion for summary judgment and granted in part and denied in part Defendants' cross-motion for summary judgment. The Court declares that Plaintiff Maytinee Bird, individually and as parent and natural guardian of H.C. is entitled to reimbursement for transportation in the amount agreed to under H.C.'s 2024-25 transportation contract, as accrued during her pendency period. Plaintiffs' motion for summary judgment is granted, and Defendants' cross-motion is denied, with respect to Plaintiff Bird's transportation. Plaintiff Frias is not entitled to reimbursement for additional nursing funds expended during pendency; Plaintiff Bird is not entitled to reimbursement for any nursing funds expended during pendency; and Plaintiffs are not entitled to reimbursement for late fees. Plaintiffs' motion for

summary judgment with respect to those matters is denied, and Defendants' cross-motion for summary judgment with respect to the same is granted. Any application for attorney's fees may be made in accordance with the provisions of Federal Rule of Civil Procedure 54(d)(2); accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**